SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>     vs.<br><br>Scott Sider, et al,<br><br>         Defendants | Case No. **2:11-cv-02533-MCE-EFB**<br><br>**ORDER RE: STIPULATED DISMISSAL OF WILLIAM OWEN, JR.; CHARITY E. OWEN**<br><br>Case to Remain Open with Remaining Defendant |

   IT IS HEREBY ORDERED THAT Defendants William Owen, Jr. and Charity Owen are hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2). This case is to remain open with respect to the remaining Defendant.

Dated:  November 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE