SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Scott Sider, et al<br><br>          Defendants | Case No. **11-cv-02533-MCE-EFB**<br><br>**ORDER RE: REQUEST TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |

IT IS HEREBY ORDERED THAT the Clerk's Entry of Default, filed January 4, 2012 against Defendant, Scott Sider, is hereby SET ASIDE.

Dated:   January 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE